| | |
|---|---|
| 1 | HEATHER M. VIGIL, Bar No. 254694 |
| | hvigil@littler.com |
| 2 | MICHAEL L. KIBBE, Bar No. 302137 |
| | mkibbe@littler.com |
| 3 | LITTLER MENDELSON, P.C. |
| | 2050 Main Street |
| 4 | Suite 900 |
| | Irvine, CA 92614 |
| 5 | Telephone: 949.705.3000 |
| | Facsimile: 949.724.1201 |
| 6 | |
| 7 | Attorneys for Defendant |
| | THE GEO GROUP, INC. |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAZMEN GREEN, | Case No. |
| Plaintiff, | **DEFENDANT'S CORPORATE DISCLOSURE STATEMENT** |
| v. | |
| THE GEO GROUP, a California registered corporation, and DOES 1 THROUGH 10 INCLUSIVE, | |
| Defendant. | |

LITTLER MENDELSON, P.C.
2050 Main Street
Suite 900
Irvine, CA 92614
949.705.3000

4835-7730-9107.1 059218.1409

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA, PLAINTIFF AND HER ATTORNEYS OF RECORD:**

Pursuant to Federal Rule of Civil Procedure 7.1(a), Defendant The GEO Group, Inc. ("GEO Group") makes the following corporate disclosure: GEO Group has no parent corporation. The Vanguard Group, Inc. and BlackRock Fund Advisors own ten percent (10%) or more of GEO Group's stock.

Dated: February 7, 2020

*/S/ Michael L. Kibbe*
HEATHER M. VIGIL
MICHAEL L. KIBBE
LITTLER MENDELSON, P.C.
Attorneys for Defendant
THE GEO GROUP, INC.

LITTLER MENDELSON, P.C.
2050 Main Street
Suite 900
Irvine, CA 92614
949.705.3000

4835-7730-9107.1 059218.1409

2.

**PROOF OF SERVICE BY MAIL**

I am employed in Orange County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 2050 Main Street, Suite 900, Irvine, California 92614. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. On February 7, 2020, I placed with this firm at the above address for deposit with the United States Postal Service a true and correct copy of the within document(s):

DEFENDANT'S CORPORATE DISCLOSURE STATEMENT

in a sealed envelope, postage fully paid, addressed as follows:

C. Veronica Cutler, Esq.
CUTLER LEGAL, A LAW FIRM
250 West First Street, Suite 316
Claremont, CA 91711
Phone: 909.999.0552
Email: cutlerlegal@gmail.com

*Attorneys for Plaintiff*
Jazmen Green

Following ordinary business practices, the envelope was sealed and placed for collection and mailing on this date, and would, in the ordinary course of business, be deposited with the United States Postal Service on this date.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on February 7, 2020, at Irvine, California.

Cecilia D. Mendoza

LITTLER MENDELSON, P.C.
2050 Main Street
Suite 900
Irvine, CA 92614
949.705.3000

4835-7730-9107.1 059218.1409

3.