JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAZMEN GREEN,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>THE GEO GROUP, a California registered corporation, and DOES 1 THROUGH 10 INCLUSIVE,<br><br>　　　　　Defendant. | Case No.  5:20-cv-00245-JGB-SPx<br><br>**ORDER GRANTING DISMISSAL WITH PREJUDICE**<br><br>[FED. R. CIV. P. 41(A)(1)] |

LITTLER MENDELSON, P.C.
2050 Main Street
Suite 900
Irvine, CA 92614
949.705.3000

Having reviewed the parties' Stipulation of Dismissal with Prejudice, IT IS HEREBY ORDERED that the case, *JAZMEN GREEN v. THE GEO GROUP INC.*; and DOES 1-10, inclusive, Case No. 5:20-cv-00245-JGB-SPx, is dismissed with prejudice. Each party is to bear its own respective attorneys' fees and costs. All pending proceedings are vacated and no further proceedings shall take place in this action.

**IT IS SO ORDERED.**

Dated: June 22, 2020

JUDGE OF THE U. S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA